CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/26/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. __6:22CR00008-001__ |
| v. | |
| | **INFORMATION** |
| AMANDA MANN | In Violation of: |
| Defendant | 18 U.S.C. § 641 |

The United States Attorney Charges:

**COUNT ONE**
(Theft of Government Money)

1. Beginning in or about September 1, 2017, and continuing to in or about September 30, 2021, in the Western District of Virginia, the defendant, **AMANDA MANN**, did willfully and knowingly steal and convert to her own use, money of the Social Security Administration ("SSA"), a department or agency of the United States, namely Title XVI Supplemental Security Income benefit payments to which she knew she was not entitled, said benefits having a value in excess of $1,000.

2. In violation of Title 18, United States Code, Section 641.

Date: 4/22/2022

_____
CHRISTOPHER KAVANAUGH
UNITED STATES ATTORNEY